**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSE REYES BOTTIER,<br><br>Petitioner,<br><br>v.<br><br>CRAIG LOWE, *in his official capacity as the Warden of the Pike County Correctional Facility*, *et al.*,<br><br>Respondents. | No. 4:26-CV-02536<br><br>(Chief Judge Brann) |

**ORDER**

**SEPTEMBER 18, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Bottier's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;
2. Respondents **SHALL** release Bottier from custody within 48 hours of the date of this Order;
3. The Government shall not arrest, detain, or otherwise take Bottier into custody in relation to his immigration status for a period of fourteen days following his release from custody; and
4. Should Bottier be redetained pursuant to § 1226(a), the Government shall provide him with a bond hearing as soon as reasonably practicable

at which the Government shall bear the burden of proof by clear and convincing evidence;

5. Respondents **SHALL** file a certification with the Court on or before Friday, September 25, 2026, confirming that Bottier has been released from custody; and

6. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge